UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Luis Orlando Martinez

Plaintiff,

-v-

Defendant.

Andrea Quorantillo

-----------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 cv 4983 (LAK)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: ✓

*Do not check if already referred for general pretrial.

Dated 6/13/08

SO ORDERED:

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08